Risa S. Christensen, Esq., CA Bar No. 227799
Tristan G. Pelayes, Esq., CA Bar No. 206696
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone:  (951) 686-4800
Fax:            (951) 686-4801
rsc@wagner-pelayes.com
tgp@wagner-pelayes.com

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, THE CITY OF VICTORVILLE, JOSE RUIZ, TIM JACKSON, and T. FLOYD STONE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ORDUNO, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>THE COUNTY OF SAN BERNARDINO, a municipality, THE CITY OF VICTORVILLE, a municipality, JOSE RUIZ, TIM JACKSON, T. FLOYD STONE, and DOES 1 through 10,<br><br>      Defendants. | CASE NO.: ED CV 13-000454 VAP(DTBx)<br><br>*Discovery Matter*<br><br>**[PROPOSED] ORDER RE PROTECTIVE ORDER FOR REPORT BS 232-245**<br><br>*Magistrate Judge David T. Bristow* |

    For good cause shown by the Stipulation between the parties, it is ordered that document designated by the parties pursuant to Stipulation as "Confidential Material for Attorney's Eyes Only" which is further identified by bate stamped numbers 232-245, is

1

TGP:et

[PROPOSED] ORDER RE PROTECTIVE ORDER FOR REPORT 232-245

subject to this protective order and subject to the following terms:

  That plaintiff's counsel obtaining such records from the opposing party:

  1. Treat such document as confidential;

  2. That such document so designated as "Confidential Material for Attorney's Eyes Only" shall not be copied or disseminated;

  3. That with the exception of any reference to the plaintiff Angel Orduno and his companion, Joe Rivera, the "Confidential Material for Attorney's Eyes Only" shall not be disclosed to anyone other than the following persons;

   (a) counsel of the parties; and

   (b) paralegal, stenographic, clerical, and secretarial personnel regularly employed by counsel of the parties, and experts retained by the parties.

  4. This protective order covers the San Bernardino County Sheriff's Department's Supplemental Crime/Incident report for Case No. 171200699, written by Deputy Tim Jackson, dated March 1, 2012, which has been bate stamped pages 232-245.

  5. The "Confidential Material for Attorney's Eyes Only" shall be used solely in connection with this litigation and the preparation and trial of this case, and not for any other litigation.  That none of the information contained in the report shall be used at trial, with the exception as to the extent the plaintiff Angel Orduno, or his companion, Joe Rivera, are mentioned or referenced.

  6. That the report designated as "Confidential Material for

Attorneys Eyes Only" shall not be used as an Exhibit at trial, unless authorized by the court.

7. That each person to whom disclosure is made within the group, described in Paragraph 3, subsections (a), and (b) above, who are presumed to know the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order, and shall agree on the record or in the writing that he/she has read the protective order and that he/she understands and agrees to the provisions of the protective order.

8. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, this report in its entirely (including any copies made) shall be returned to defendants' counsel within seven (7) days.

9. The foregoing is without prejudice to the right of any parties:

   a) To apply to the Court for a further protective order relating to any confidential material, or relating to discovery in this litigation;

   b) To apply to the Court for an order removing the "Confidential Material for Attorney's Eyes Only" designation from the document.

10. This protective order does not apply to documents that have been obtained by plaintiff from a different source other than defendants, for example, pursuant to subpoena to another agency, even if they are the same documents. However, with respect to names and identities of victims, and confidential personal information which may be contained in the report, in the event

plaintiff obtains the same report from another source, counsel for plaintiff agrees that all references to victims' identities will be redacted if used as an Exhibit at trial as well as personal information of witnesses.

# O R D E R

The Stipulation for Protective Order is granted as requested by the parties and the materials designated herein shall be subject to all terms and conditions.

DATED: January 6, 2014

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE

TGP:et

4

[PROPOSED] ORDER RE PROTECTIVE ORDER FOR REPORT 232-245